IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

**ODILON S. CELESTIN, WIDMIR ROMELIEN,**

**GOLDIE LAMOTHE ALEXANDRE,**

**VINCENT MARAZITA,**                                   Case No. 18-cv-7340

and on  behalf of all others similarly situated,        Plaintiff Designate
                                                        New York County
                    Plaintiffs,                         as the Place of Trial

             -against-                                  **SUMMONS**

                                                        Plaintiffs' Address:
MICHEL JOSEPH MARTELLY, JOCELERME                       c/o Denis Law Group, PLLC
PRIVET, JOVENEL MOISE, WESTERN                          9602 Avenue L
UNION, CARIBBEAN AIR MAIL, INC.,                        Brooklyn, New York 11236
UNITRANSFER USA, INC., DIGICEL-HAITI,
NATCOM S.A., and
THE GOVERNMENT OF HAITI,

                    Defendants.
_____

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the date of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: December 24, 2018
       New York, New York

                                        s/MARCEL P. DENIS_____
                                        MARCEL P. DENIS
                                        **DENIS LAW GROUP, PLLC**
                                        9602 Avenue L
                                        Brooklyn, New York 11236
                                        Telephone:    (404) 977-9733
                                        Facsimile:    (917) 810-3816
                                        Email:        mdcounsel@gmail.com