IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others
similarly situated,

                                      Civil Action No.18-cv-7340 (LDH) (PK)

                  Plaintiffs,

      -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**

                                  Defendants.

_____

**AMENDED SUMMONS IN A CIVIL ACTION**

To:    MICHEL JOSEPH MARTELLY
         Peguy-Ville
         Port-au-Prince, Haiti

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    MARCEL P. DENIS                         RODNEY R. AUSTIN
    **DENIS LAW GROUP, PLLC**           **RODNEY R. AUSTIN PLLC**
    9602 Avenue L                             61-43 186th Street
    Brooklyn, New York, 11236            Fresh Meadows, New York 11365

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                               **DOUGLAS C. PALMER**
                                                               CLERK OF COURT

Date: _____              _____
                                                       Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others
similarly situated,

                                                                          Civil Action No.18-cv-7340 (LDH)(PK)

                               Plaintiffs,

      -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**
                                    Defendants.

_____

### AMENDED SUMMONS IN A CIVIL ACTION

To:    JOCELERME PRIVERT
          Port-au-Prince, Haiti

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      MARCEL P. DENIS                          RODNEY R. AUSTIN
      **DENIS LAW GROUP, PLLC**         **RODNEY R. AUSTIN PLLC**
      9602 Avenue L                                 61-43 186th Street
      Brooklyn, New York, 11236             Fresh Meadows, New York 11365

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                       **DOUGLAS C. PALMER**
                                                                       CLERK OF COURT

Date: _____                _____
                                                         Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others similarly situated,

                                             Civil Action No.18-cv-7340 (LDH)(PK)

                    Plaintiffs,

   -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**
                                   Defendants.

_____

### AMENDED SUMMONS IN A CIVIL ACTION

To:    JOVENEL MOISE
          Palais National
          Champs de Mars
          Port-au-Prince, Haïti

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       MARCEL P. DENIS                        RODNEY R. AUSTIN
       **DENIS LAW GROUP, PLLC**          **RODNEY R. AUSTIN PLLC**
       9602 Avenue L                             61-43 186th Street
       Brooklyn, New York, 11236            Fresh Meadows, New York 11365

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                       **DOUGLAS C. PALMER**
                                                                       CLERK OF COURT

Date: _____                _____
                                                                  Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others similarly situated,

                                                                                  Civil Action No.18-cv-7340 (LDH)(PK)

                                  Plaintiffs,

      -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**

                                              Defendants.

_____

**AMENDED SUMMONS IN A CIVIL ACTION**

To:    THE WESTERN UNION COMPANY
        12500 E. Belford Avenue
        Englewood, CO 80112

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      MARCEL P. DENIS                      RODNEY R. AUSTIN
      **DENIS LAW GROUP, PLLC**         **RODNEY R. AUSTIN PLLC**
      9602 Avenue L                           61-43 186th Street
      Brooklyn, New York, 11236          Fresh Meadows, New York 11365

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            **DOUGLAS C. PALMER**
                                                             CLERK OF COURT

Date: _____                 _____
                                                                Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others
similarly situated,

                                                                                                   Civil Action No.18-cv-7340 (LDH) (PK)

                                    Plaintiffs,

      -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**

                                            Defendants.

_____

### AMENDED SUMMONS IN A CIVIL ACTION

To:    UNIBANK, S.A.
         157, rue Faubert
         Petion-Ville, Haiti

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      MARCEL P. DENIS                       RODNEY R. AUSTIN
      **DENIS LAW GROUP, PLLC**         **RODNEY R. AUSTIN PLLC**
      9602 Avenue L                           61-43 186th Street
      Brooklyn, New York, 11236           Fresh Meadows, New York 11365

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              **DOUGLAS C. PALMER**
                                                              CLERK OF COURT

Date: _____              _____
                                                             Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN, MARIE LUCIE ST VIL, JEANNETTE VALEUS, VINCENT MARAZITA**, and on behalf of all others similarly situated,

Civil Action No.18-cv-7340 (LDH) (PK)

        Plaintiffs,

 -against-

**MICHEL JOSEPH MARTELLY, JOCELERME PRIVERT, JOVENEL MOISE, THE WESTERN UNION COMPANY**, d/b/a Western Union Holdings, Inc, Western Union Financial Services, Inc., and through other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM, UNIBANK, S.A, UNITRANSFER USA, INC., UNIGESTION HOLDING, S.A., d/b/a DIGICEL HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**

        Defendants.

## AMENDED SUMMONS IN A CIVIL ACTION

To: UNITRANSFER USA, INC.
   3601 SW 160th, Suite 110
   Miramar, Florida 33027

A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  MARCEL P. DENIS      RODNEY R. AUSTIN
  **DENIS LAW GROUP, PLLC**  **RODNEY R. AUSTIN PLLC**
  9602 Avenue L       61-43 186th Street
  Brooklyn, New York, 11236   Fresh Meadows, New York 11365

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

               **DOUGLAS C. PALMER**
               CLERK OF COURT

Date: _____    _____
                 Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN, MARIE LUCIE ST VIL, JEANNETTE VALEUS, VINCENT MARAZITA**, and on behalf of all others similarly situated,

Civil Action No.18-cv-7340 (LDH)(PK)

Plaintiffs,

-against-

**MICHEL JOSEPH MARTELLY, JOCELERME PRIVERT, JOVENEL MOISE, THE WESTERN UNION COMPANY**, d/b/a Western Union Holdings, Inc, Western Union Financial Services, Inc., and through other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM, UNIBANK, S.A, UNITRANSFER USA, INC., UNIGESTION HOLDING, S.A., d/b/a DIGICEL HAITI, NATCOM S.A.,**
**and THE GOVERNMENT OF HAITI,**

Defendants.

_____

**AMENDED SUMMONS IN A CIVIL ACTION**

To:  UNIGESTION HOLDING, S.A
     151 Angle Avenue Jean Paul II et, Impasse Duverger
     Turgeau-Port-au-Prince, Haiti

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    MARCEL P. DENIS                    RODNEY R. AUSTIN
    **DENIS LAW GROUP, PLLC**         **RODNEY R. AUSTIN PLLC**
    9602 Avenue L                         61-43 186th Street
    Brooklyn, New York, 11236           Fresh Meadows, New York 11365

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                           **DOUGLAS C. PALMER**
                                                           CLERK OF COURT

Date: _____        _____
                                                                                     Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others
similarly situated,

                                         Civil Action No.18-cv-7340 (LDH) (PK)

                        Plaintiffs,

      -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**
                                Defendants.

**AMENDED SUMMONS IN A CIVIL ACTION**

To:     NATCOM S.A.
         Angle Avenue Martin Luther King et Rue Fernand (Pont-Morin)
         Port-au-Prince, Haïti

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        MARCEL P. DENIS                    RODNEY R. AUSTIN
        **DENIS LAW GROUP, PLLC**        **RODNEY R. AUSTIN PLLC**
        9602 Avenue L                         61-43 186th Street
        Brooklyn, New York, 11236          Fresh Meadows, New York 11365

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                  **DOUGLAS C. PALMER**
                                                                  CLERK OF COURT

Date: _____         _____
                                                                 Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others
similarly situated,

                          Civil Action No.18-cv-7340 (LDH) (PK)

                  Plaintiffs,

       -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**

                                     Defendants.

_____

### AMENDED SUMMONS IN A CIVIL ACTION

To:    THE GOVERNMENT OF HAITI
        Miradin Morlan, Directeur Général
        Direction Générale des Impôts
        62 Avenue Henry Christophe
        Port-au-Prince, Haïti

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        MARCEL P. DENIS            RODNEY R. AUSTIN
        **DENIS LAW GROUP, PLLC**    **RODNEY R. AUSTIN PLLC**
        9602 Avenue L                   61-43 186th Street
        Brooklyn, New York, 11236      Fresh Meadows, New York 11365

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                **DOUGLAS C. PALMER**
                                                                 CLERK OF COURT

Date: _____              _____
                                                        Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, JEANNETTE VALEUS,
VINCENT MARAZITA**, and on behalf of all others similarly situated,

Civil Action No.18-cv-7340 (LDH)(PK)

                        Plaintiffs,

    -against-

**MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY**, d/b/a Western Union Holdings, Inc, Western Union Financial Services, Inc., and through other subsidiaries and affiliates,
**CARIBBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A, UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A., d/b/a DIGICEL
HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,**

                        Defendants.

### AMENDED SUMMONS IN A CIVIL ACTION

To:    CARIBBEAN AIR MAIL, INC.
       900 South Avenue, Suite 101
       Staten Island, New York 10314

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      MARCEL P. DENIS                      RODNEY R. AUSTIN
      **DENIS LAW GROUP, PLLC**           **RODNEY R. AUSTIN PLLC**
      9602 Avenue L                             61-43 186th Street
      Brooklyn, New York, 11236            Fresh Meadows, New York 11365

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        **DOUGLAS C. PALMER**
                                                        CLERK OF COURT

Date: _____         _____
                                                                   Signature of Clerk or Deputy Clerk