UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODILON S. CELESTIN, WIDMIR ROMELIEN, MARIE LUCIE ST VIL, JEANNETTE VALEUS, VINCENT MARAZITA, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>MICHEL JOSEPH MARTELLY, JOCELERME PRIVERT, JOVENEL MOISE, THE WESTERN UNION COMPANY, d/b/a Western Union Holdings, Inc, Western Union Financial Services, Inc., and through other subsidiaries and affiliates, CARIBBEAN AIR MAIL, INC., d/b/a CAM, UNIBANK, S.A., UNITRANSFER USA, INC., UNIGESTION HOLDING, S.A., d/b/a DIGICEL HAITI, NATCOM S.A., and THE GOVERNMENT OF HAITI,<br><br>Defendants. | 18-cv-7340 (LDH) (PK)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 50.1(c) of the Guidelines for the Division of Business Among District Judges, the undersigned counsel for Defendant Unigestion Holding, S.A. ("Digicel Haiti"), a nongovernmental corporate party, certifies that its parent company is Digicel Group Limited. Counsel further certifies that no publicy held coporation owns more than 10% of Digicel Haiti's stock.

Dated: New York, New York  
February 28, 2019

Respectfully submitted,

/s/ James H.R. Windels
James H.R. Windels
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4978
Fax: (212) 701-5978
james.windels@davispolk.com

*Attorney for Defendant Unigestion Holding, S.A.*