IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, GORETTEIE ST VIL,
JEANNETTE VALEUS, GUETTY FELN,
HERVE COHEN, and on behalf of all others
Similarly situated,

                             Plaintiffs,

           -against-

MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY, d/b/a Western Union Holdings, Inc.,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates,
CARRIBEAN AIR MAIL, INC., d/b/a CAM,
UNIBANK, S.A., UNITRANSFER USA, INC.,
UNIGESTION HOLDING, S.A. d/b/a DIGICEL
HAITI, NATCOM S.A., and THE GOVERNMENT
OF HAITI,

                          Defendants

Case No. 18 cv-7340 (LDH) (PK)
ECF CASE

**DECLARATION OF
MARCEL DENIS**

_____

       Marcel Denis declares under penalty of perjury, pursuant to 28 U.S.C. 1746 that the

following is true:

       1.      I am an attorney duly admitted to practice law in the state of New York and I am

the managing partner of Denis Law Group, PLLC.

       2.      I submit this declaration in support of Plaintiffs' opposition to Defendants motion

to dismiss Plaintiffs second amended complaint.

       3.      Attached hereto as Plaintiff's Exhibit A, is a copy of video footage of Defendant

Michel Joseph Martelly and Denis Obrien, CEO of Unigestion Holding S.A. d/b/a Digicel Haiti

addressing the collection of fees prior to Martelly becoming president.

1

4.      Attached hereto as Plaintiff's Exhibit B, is a copy of video footage of Defendant Martelly at a press conference addressing questions regarding the legality of the fees being collected.

5.      Attached hereto as Plaintiff's Exhibit C, is a copy of the Presidential Order with translation.

6.      Attached hereto as Plaintiff's Exhibit D, is copy of Circurlars 7 & 98 with translation.

7.      Attached hereto as Plaintiff's Exhibit E, is a copy of money transfer receipts.

8.      Attached hereto as Plaintiff's Exhibit F, is a copy of video footage of Defendant Martelly being interviewed regarding the failures of the funding of education with the collected fees.

9.      Attached hereto as Plaintiff's Exhibit G, is video football of Defendant Martelly answering questions regarding the concerns of the illegality of the fees collected while he was president.

10.     Attached hereto as Plaintiff's Exhibit H, is video footage of a member of the Haitian government answering questions regarding the amounts of money collected.

11.     Attached hereto as Plaintiff's Exhibit I, is video footage of Defendant Jovenel Moise answering questions regarding the collection of fees and the use of the fees collected.

Dated:  Brooklyn, New York
        June 12, 2019

Marcel Denis

2

# EXHIBIT A

**VIDEO INTERVIEW FOOTAGE OF DEFENDANTS MARTELLY AND DIGICEL**

# EXHIBIT B

**Translation Transcript**

The next question is from Radio Vision 2000. (This is an excerpt from a filmed press conference that is about 13 minutes and 15 seconds long. The excerpt starts at 0:5:26)

AJ: Good morning Mr. President.

MM: Good Morning.

AJ: My name is Advenide Joseph and I work for Vision 2000. My question relates to Education. We learned that you intend to levy taxes on money transfer coming from abroad together with international calls in favor of education. I would like to know whether you spoke to the diaspora about your intention and whether you already contacted the phone companies in Haiti?

MM: What companies?

AJ: The representatives of the phone companies in Haiti, and finally, do you think you are proposing is possible without the enactment of law calling for such imposition? Thank you.

MM: Well, I am glad you spoke about the law. I am the elected president who is about to take office to champion the cause of the people and often time, when something must be done to benefit the general population, we will find the means and ways to get it done. That is the mandate they gave me, to defend their interest. We will use the law and we will go through the parliament of course, but we will commence the debate for the population to receive what they are looking for. That is why I am here. We came up with the idea, we worked on it and it is already finalized.

MM: Pursuant to the phone companies, we have decided to take USD 0.05 per minute on all incoming phone calls because we do not want the people of Haiti to suffer from the increase and do not want them to pay for it, even though, they are the ones who are going to benefit from the education; we created a way so that only the people with means, those who are well to do are the ones who are going to pay that money. Meaning we are going to collect the USD0.05 from people abroad who are calling Haiti. When we calculate the volume of calls Haiti receives every month, we are going to generate 3.5 million dollars every month for education. We already met with the phone companies, I told you that already. We have work to do; in fact, they are trying to delay us, but that will not deter us from working. We may not implement the measures yet, but we are working. We spoke with Digicel already, and they agreed. We spoke with Haitel already, and they agreed. We spoke with the representatives of Voila, who reside abroad, and they agreed. Matter of fact, they even proposed that we started with the collection since the 1st of May. Unfortunately, as elected president who is yet to be sworn in, I cannot enforce the laws yet and time is needed to put the structure in place, the mechanism, it will take us another month. This is something that will take effect on the first of June.

MM: As for the Money Transfer Operators, once again, we will ask them, have we spoken with them already? The plan for Money Transfer Operators, we took care of the part dealing with the

phone companies, the plan for the Money Transfer Companies is that for everyone who is sending money, I must tell you that nobody knows how much money the Money Transfer Companies make per year. We are not here to disturb them from making their money, they can make their money. But to send our children to school free of charge, we believe that we have the right to request that they give us a dollar on every money transfer to go directly into the education fund's account. That one dollar, when you multiply it by the total amount of transfer per month, we will generate 5 million dollars. That makes already 8.5 million dollars per month that we have identified through those two avenues. 8.5 million dollars, which is nothing, because we are talking about sending 500,000 children who are not in school and we need to send them to school. That is just the beginning. Do not forget that we said free schooling for everyone, of course in due time, at another time, we will address that. But for now, our preoccupation is with the children who are on the street and not in school, we do not want that. We must give them the means and ways for them to go to school. I also spoke about imposing a tax on the lottery. Once again, you all know what I am about to say here, we know that people running numbers/lottery make money, but nobody knows how much money they make. That industry is not structured, and we are going to organize it, so we can tax it to add to the education fund. I do not think that these measures are unpopular because we are asking a few people to participate in something that will benefit their own child, Haiti. It is imperative that we do it, to answer to the lady's question, we are forging ahead. We intend to put in place a national lottery where all profit will go to the education fund. Do not forget that my campaign promise to the mass was that I would send them to school. I am a man of my word. I have never failed to keep my promises, I must send them to school. Therefore, be prepared. I think that you have only one choice, you could have had another choice, that is stand against me. However, you would not be going against me because my children are enrolled in school. You would be going against the masses. I am asking you for your support and for you to understand the need to send the poor children to school because ignorance is the main vector upon which poverty hinges in a country. Every uneducated person can come and ask me for a job, I will give them a job; but what kind of job would I give them? Wash my car, plant this tree? As such, they would always have a few coins in their pockets just to eat but they would never have a real job commensurate with a proper salary. We, in Haiti, do not understand that; elsewhere in the world, before you major in a field, they tell you how much money you will make upon graduation. You must be able to give the people of Haiti that choice as well. Especially when given the chance, we, Haitian, excel. Thus, why are we suffocating the children by not giving them the opportunity. That is fight that I have taken. I would like for you to help make easy by supporting me in such endeavor.

AJ: Is that possible without a law?

MM: I believe it is possible with a Presidential Order. Once again, in defense of the nation's interest and that of the general population, I will use all the powers that I have as the supreme chief of the nation for the betterment of the people.

## CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document from
Haitian into English and that, to the best of my ability, it is a true and correct translation.
I further certify that I am competent in both French and English to render and certify such
translation.

_____
Daniel Dume-Charles, Translator


Sworn to before me this 7th day of June 2019.

_____
Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6365279
Qualified in Kings County
Commission Expires October 2, 2021

# EXHIBIT C

**LIBERTY**                          **EQUALITY**                          **FRATERNITY**

## PRESIDENTIAL ORDER

### MICHEL JOSEPH MARTELLY

### PRESIDENT

According to articles 136, 137-1, 142, 150, 160, 162, 163 of the Constitution;

According to the September 27, 1969 Decree creating the Conseil National des Télécommunications (CONATEL);

According to the October 12, 1977 allowing the Haitian Government to monopolize the telecommunication services;

According to the June 10, 1987 Decree redefining the functions of CONATEL;

According to the February 16, 2005 on the preparation and enforcement of the laws of Finance;

According to the May 17, 2005 Decree organizing the Government's Central Administration;

According to the November 23, 2005 establishing the administration and function of the Superior Court of Auditors and Administrative Disputes also known as CSCCA;

Whereas the October 12, 1977 Decree stipulates that tariffs and fees are set by the Executive Power upon the recommendation of CONATEL through the Secretary of State for Public Works, Transportations and Communications (hereinafter MTPTC);

Whereas article 40.6 of the May 17, 2005 Decree organizing the Government's Central Administration allows the Prime Minister to expressly delegate his powers to a Minister and said Minister alone may fix telecommunication tariff through the enactment of regulatory measures (communiqués, circulars, or orders) based on the proposition of CONATEL;

        Based on the report of the Minister of Public Works, Transportation, and Communications,

### ORDER

**Article 1.-**    The price floor for incoming international calls is set at twenty-three cents in United States currency (USD 0.23) per minute.

**Article 2.-**    Of the United States twenty-three cents (USD 0.23), five United States cents (USD 0.05) will be paid to the Haitian Government by the operators through the Conseil National des Télécommunications;

**Article 3.-**    The Conseil National des Télécommunications may deduct from said amount costs relating to putting in place a telephone fraud prevention system and to deposit the balance thereof into a special account designed for such use.

**Article 4.-**     The present order will be duly published and implemented by the Minister of Public Works, Transportation and Communications.

Issued in Port-au-Prince, September 9, 2011 on the 208th year of Independence.

Signed by

President                                                    Michel Joseph MARTELLY

Prime-Minister                                              Joseph Jean-Max BELLERIVE

Minister of Public Works,                                   Jaques GABRIEL
Transportation, and Communications

## CERTIFCATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document from French into English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____
Daniel Dume-Charles, Translator

Sworn to before me this 7th day of June 2019.

_____
Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6365279
Qualified in Kings County
Commission Expires October 2, 2021

LIBERTÉ                           ÉGALITÉ                           FRATERNITÉ
                        RÉPUBLIQUE D'HAÏTI

## ARRÊTÉ

### MICHEL JOSEPH MARTELLY
#### PRÉSIDENT

Vu les Articles 136, 137-1, 142, 150, 159, 160, 162, 163 de la Constitution ;

Vu le Décret en date du 27 septembre 1969 créant le Conseil National des Télécommunications (CONATEL) ;

Vu le Décret en date du 12 octobre 1977, donnant à l'Etat haïtien le monopole des services de télécommunications ;

Vu le Décret du 10 juin 1987 redéfinissant la mission et les attributions du CONATEL ;

Vu le Décret du 16 février 2005 sur la préparation et l'exécution des Lois de Finance ;

Vu le Décret du 17 mai 2005 portant organisation de l'Administration Centrale de l'État ;

Vu le Décret du 23 novembre 2005 établissant l'organisation et le fonctionnement de la Cour Supérieure des Comptes et du Contentieux Administratif désigné sous le sigle CSCCA ;

Considérant que le Décret du 12 octobre 1977 précise que les tarifs et redevances sont fixés par le Pouvoir Exécutif sur proposition du CONATEL par l'intermédiaire de la Secrétairerie d'Etat des Travaux Publics, Transports et Communications (ci-après MTPTC) ;

Considérant que l'article 40.6 du Décret du 17 mai 2005 portant organisation de l'Administration Centrale de l'Etat prescrit que par délégation expresse du Premier Ministre, le ministre peut à lui seul fixer le tarif sur les télécommunications par des mesures réglementaires (communiqué, circulaire ou Arrêté) sur proposition du CONATEL;

Sur le rapport du Ministre des Travaux Publics, Transports et Communications,

### ARRÊTE

**Article 1.-**   Le prix plancher des appels entrants internationaux est fixé à vingt-trois centimes de dollar américain (USD 0.23) à la minute.

**Article 2.-**   De ces vingt-trois centimes de dollar américain (USD 0.23) cinq centimes de dollar américain (USD 0.05) seront versés par les opérateurs à l'Etat Haïtien via le Conseil National des Télécommunications ;

**Article 3.-**   Le Conseil National des Télécommunications pourra déduire de ces fonds des frais relatifs à la mise en place des mécanismes de lutte contre les fraudes téléphoniques et déposer la balance sur un compte spécial créé à cet effet.

**Article 4.-**   Le présent Arrêté sera publié et exécuté à la diligence du Ministre des Travaux Publics, Transports et Communications.

Case 1:18-cv-07340-LDH-PK   Document 65-1   Filed 06/26/19   Page 13 of 53 PageID #: 693

Donné  à Port-au-Prince, le 9 septembre 2011, An  208ᵉ  de l'Indépendance.

Par le Président :

Michel Joseph MARTELLY

Le Premier Ministre :

Joseph Jean-Max BELLERIVE

Le Ministre des Travaux Publics,
Transports et Communications

Jacques GABRIEL

\* \* \* \* \* \* \* \*
\* \* \* \* \* \*
\* \* \* \*
\* \*

# EXHIBIT D

Bank of the Republic of Haiti
CIRCULAR № 98

## TO COMMERCIAL BANKS,
## SAVING AND MORTGAGE BANKS AND
## MONEY TRANSFER AGENCIES

To maintain the efficiency, integrity, the viability of information and to secure the system of payments while promoting financial inclusion, the BRH has decided to initiative a system reform that aims at:

- Broadening the range of instruments and payment services;
- Accelerating the dematerialization of money and financial inclusion;
- Promoting decentralization and payment sites;
- Enhancing operating costs and the use of cash and facilitate access to such payment services;
- Reinforcing the interoperability of banking and payments infrastructures;
- Establishing a more appropriate regulatory and surveillance system;
- Increasing the efficiency and stability of payment services.

In keeping with the banking law enacted on August 17, 1979 creating the Bank of the Republic of Haiti, the November 4, 1980 Decree regulating all banking transactions and the July 6, 1989 Decree regulating transfer agencies, the present circular establishes the ways and means all international transfers are effectuated to and from Haiti.

### 1.  Reporting of International Transfers

All commercial banks, saving and mortgage banks, and transfer agencies must file paper report with BRH every Monday detailing the total number of transfers effectuated to and from Haiti, irrespective of how the beneficiary receives such transfer (in kind or cash), in keeping with the attached reporting form. These institutions are also obligated to file monthly with BRH a certified copy of the total amounts filed with the regulatory body of the territories where they are licensed to operate as Money Transfer Operators.

Any institution that fails to adhere to the present requirements will be subjected to the following penalties:

-   *Reliability of the information*

At all times, the amounts reported in the attached form must mirror the amounts that appear in the relevant institutions books and the reports filed with the aforementioned regulatory bodies. If the amounts reported do not match, the BRH may, after investigating the nature and the circumstances

of the violation, impose a penalty equivalent to 50% of the difference between the declared amounts and the amounts appearing in the books, in addition to the user fees due and owing by the violating institution.

For all subsequent violation, the BRH may apply sanction that includes revocation of the operating permit or license.

- *Late filings*

Failure to file timely reports as required, will subject the noncomplying institutions to a daily fine of ten thousand gourdes (HTG 10,000.00). The penalty period begins to run from the day that BRH was supposed to receive the reports until the day it receives them.

 The fine will double for any filings that are more than eight days late. The BRH may apply sanction that includes revocation of the operating permit or license for any late filings that are more than a month late.

- *Penalty Payments*

BRH will communicate a notice, with signed return receipt, to the relevant institutions detailing the amount of penalties to be paid. Penalty fees must be paid by certified checks only made to the order of Banque de la Republique d'Haiti within eight (8) days from the date of receipt of the notice.

- *Inspection*

Inspections may be held at any time to implement the present.


**2.  Usage and user fees of the BRH's payment platform.**

Commercial banks, saving and mortgage banks, and transfer agencies are required to use BRH's payment platform for all money transfer going from and to Haiti. They are also required to offer to their clients the option to receive money transfers through universally accepted electronic payment methods.

BRH will provide the mechanisms for data exchange, execution, compensation, and regulation of the payment platform relating to all international transfers in and out of Haiti.

Testing, certification, user and inspection fees in the amount of $1.50 will apply on every transaction for payment services and access at various points throughout the country. Such fees are payable monthly and must be paid before the 10th of each month with cashier check.

Furthermore, said fees will not apply against transfers effectuated by banks for their own account. In other words, transfers effectuated for the benefit of businesses and individuals are covered by such fees.

3.  Interface to BRH's Platform

BRH will establish by means of regulatory provisions the deadline for the implementation of the interfaces to its payment platform.

The present circular shall take effect on June 1st, 2011.

Port-au-Prince, May 20, 2011.


Charles Castel
Governor


ATTACHED- Report form


## CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document from French into English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____

Daniel Dume-Charles, Translator


Sworn to before me this 7th day of June 2019.

_____

Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6365279
Qualified in Kings County
Commission Expires October 2, 2021

**Bank of the Republic of Haiti**
**The Governor**

## LETTER-CIRCULAR #7

### LETTER-CIRCULAIRE
### TO COMMERCIAL BANKS,
### SAVING AND MORTGAGE BANKS AND
### MONEY TRANSFER AGENCIES

Following the issuance of circular 98 and how it applies to international money transfers to and from Haiti together with the meetings held on Friday May 27, 2011 and Tuesday May 31, 2011, the Bank of the Republic of Haiti (BRH) hereby reaffirms to all commercial banks, saving and mortgage banks, and money transfer agencies, the following:

### 1. Usage and user fees of the BRH's payment platform

Testing, certification, user and inspection fees in the amount of $1.50 must be collected in compliance with the rules currently being used by the institutions covered under the present circular. The fees will be collected at the source from all money transfer sent and received (cash or in kind) from overseas.

These fees shall not be taken in account when calculating the turnover tax (TCA)

### 2. Effective date

Beginning June 15, 2011, circular 98 shall apply to all international transfer (to and from, in cash

or in kind) carried out from the following geographical zones:

1. The United States of America;
2. Canada;
3. Turks and Caicos,
4. Bahamas.

Beginning July 1st, 2011, all commercials banks, saving and mortgage banks, and all money transfer operators must report every international transfer effectuated (to and from) Haiti regardless of how its intended beneficiary is to receive it (cash or in kind).

Port-au-Prince, May 31, 2011.

Charles Castel

## CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document from French into English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____

Daniel Dume-Charles, Translator

Sworn to before me this 7th day of June 2019.

Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6345279
Qualified in Kings County
Commission Expires October 2, 2021

APPENDIX

NAME OF THE INSTITUTION :_____

For the period of _____ to _____

Cash Transfers

| INSTALLMENT | NUMBER OF TRANSFERS | AMOUNT PER INSTALLMENT | FEES PER INSTALLMENT |
|---|---|---|---|
| < 50 | | | |
| 50>100 | | | |
| 100>500 | | | |
| 500>1,000 | | | |
| 1,000 and more | | | |
| **TOTAL** | | | |

Transfers in kind

| INSTALLMENT | NUMBER OF TRANSFERS | AMOUNT PER INSTALLMENT | FEES PER INSTALLMENT |
|---|---|---|---|
| <50 | | | |
| 50   > 100 | | | |
| 100 >500 | | | |
| 500 > 1,000 | | | |
| 1,000 and more | | | |

Date:_____

Name:_____          Name:_____

Authorized signature:_____          Authorized signature:_____

Title/Function:_____          Title/Function:_____

Banque de la République d'Haïti
# CIRCULAIRE N° 98

## AUX BANQUES COMMERCIALES,
## AUX BANQUES D'EPARGNE ET DE LOGEMENT ET
## AUX MAISONS DE TRANSFERTS

Dans le cadre de ses efforts pour maintenir l'efficience, l'intégrité, la fiabilité des informations et la sécurité du système de paiements aussi bien que pour promouvoir l'inclusion financière, la BRH a décidé d'initier une réforme qui vise à :

- élargir la gamme des instruments et services de paiement ;
- accélérer la dématérialisation de la monnaie et l'inclusion financière ;
- promouvoir la décentralisation et la vulgarisation des points de paiement ;
- améliorer les coûts d'exploitation et d'utilisation des liquidités ainsi que l'accès à ces moyens de paiement ;
- renforcer l'interopérabilité des infrastructures bancaires et de paiement ;
- mettre en œuvre un régime de surveillance et de règlementation plus appropriée ; et
- accroitre l'efficience et la stabilité des services de paiement.

Conformément aux dispositions de la loi du 17 août 1979 créant la Banque de la République d'Haïti, du décret du 14 novembre 1980 règlementant les activités bancaires et du décret du 6 juillet 1989 sur les maisons de transfert, la présente circulaire détermine les conditions d'exécution des transferts de fonds internationaux sur Haïti (entrants et sortants).

## 1. Déclaration de transferts internationaux

Les banques commerciales, les banques d'épargne et de logement et les maisons de transfert sont tenues de communiquer chaque lundi à la BRH, sur support papier, le nombre et le montant total des transferts expédiés à l'étranger et reçus de l'étranger, quelle que soit la forme dans laquelle le bénéficiaire reçoit le transfert (espèces ou nature), conformément au formulaire de déclaration en annexe. Ces institutions sont tenues également de faire parvenir mensuellement à la BRH la copie certifiée conforme des montants déclarés aux régulateurs des territoires sur lesquels elles exercent leurs activités de transfert de fonds.

P.O. Box 1570, Port-au-Prince, Haïti. Téléphone: 2299-1244.  Fax 2299-1191

En cas de non respect de la présente section, l'institution concernée s'expose aux pénalités suivantes :

- *Fiabilité de l'information*

En tout temps, les montants déclarés dans le formulaire prévu en annexe doivent être ceux apparaissant dans les livres de l'institution ainsi que les déclarations aux régulateurs susvisés. Si les montants ne concordent pas, la BRH peut, après enquête sur les circonstances et la nature de la violation, imposer une pénalité de 50% de la différence entre les montants déclarés et les montants apparaissant dans les livres, sans préjudice des frais d'utilisation dus par l'institution.

En cas de récidive, la BRH appliquera des sanctions pouvant aller jusqu'au retrait de l'autorisation de fonctionnement.

- *Retard dans la soumission des rapports*

En cas de retard dans la soumission du formulaire, les institutions concernées encourent une pénalité de dix mille gourdes (HTG 10,000.00) par jour d'infraction. La période de pénalité s'étend du jour où le formulaire aurait dû être transmis à la BRH au jour où celle-ci le reçoit.

Au-delà de huit (8) jours de retard, le montant de la pénalité sera doublé. Au-delà d'un (1) mois de retard, la BRH peut prendre des sanctions pouvant aller jusqu'au retrait de l'autorisation de fonctionnement.

- *Paiement des pénalités*

La BRH fera parvenir, par avis avec accusé de réception, aux institutions concernées le montant des pénalités. Les pénalités doivent être réglées par chèque de direction à l'ordre de la Banque de la République d'Haïti dans un délai de huit (8) jours à compter de la date de réception de l'avis.

- *Inspection*

Des inspections peuvent avoir lieu à tout moment dans le cadre de la mise en œuvre des présentes.

## 2.  Utilisation et frais d'utilisation de la plateforme de paiement de la BRH

Les banques commerciales, les banques d'épargne et de logement et les maisons de transfert sont tenues d'utiliser la plateforme de paiement de la BRH pour le traitement de tous les transferts de fonds internationaux sur Haïti (entrants et sortants). Elles sont tenues également d'offrir à leur clientèle l'option de recevoir les transferts par des instruments de paiement électroniques universellement acceptés.



Les mécanismes d'échange de données, d'exécution, de compensation et de règlement de la plateforme de paiement pour le traitement des transferts internationaux sur Haïti (entrants et sortants) seront édictés par la BRH.

Des frais de test, de certification, d'utilisation et d'inspection de 1.50 USD seront appliqués par transaction pour les services de paiement et d'accès en différents points à travers le pays. Ces frais seront facturés mensuellement et devront être payés avant le 10 de chaque mois par chèque de direction.

Par ailleurs, lesdits frais ne seront pas applicables sur les transferts effectués par les banques pour leur propre compte. Autrement dit, les transferts pour les entreprises et les particuliers sont donc visés par ces frais.

### 3. Interfaces avec la plateforme de la BRH

La BRH fixera par voie de dispositions règlementaires la date limite pour la mise en place des interfaces avec la plateforme de paiement.

La présente circulaire entre en vigueur le 1er juin 2011.

Port-au-Prince, le 20 mai 2011

Charles Castel
Gouverneur

ANNEXE – Formulaire de déclaration

ANNEXE

NOM DE L'INSTITUTION : _____

Pour la période du_____ au _____

*Transferts en espèces*

| TRANCHE | NOMBRE DE TRANSFERTS | MONTANT PAR TRANCHE | FRAIS PAR TRANCHE |
|---|---|---|---|
| < 50 | | | |
| 50  > 100 | | | |
| 100 > 500 | | | |
| 500 > 1,000 | | | |
| 1,000  et plus | | | |
| TOTAL | | | |

*Transferts en nature*

| TRANCHE | NOMBRE DE TRANSFERTS | MONTANT PAR TRANCHE | FRAIS PAR TRANCHE |
|---|---|---|---|
| < 50 | | | |
| 50 > 100 | | | |
| 100 > 500 | | | |
| 500 > 1,000 | | | |
| 1,000  et plus | | | |
| TOTAL | | | |

Date : _____

Nom : _____    Nom :_____

Signature autorisée:_____    Signature autorisée: _____

Titre/Fonction :_____    Titre/Fonction : _____

P.O. Box 1570, Port-au-Prince, Haïti. Téléphone: 2299-1244.  Fax 2299-1191



Banque de la République d'Haïti
Le Gouverneur

## LETTRE–CIRCULAIRE # 07

### LETTRE-CIRCULAIRE
### AUX BANQUES COMMERCIALES,
### AUX BANQUES D'EPARGNE ET DE LOGEMENT ET
### AUX MAISONS DE TRANSFERTS

Faisant suite à la circulaire 98 sur les conditions d'exécution des transferts internationaux sur Haïti (entrants et sortants) et aux réunions des vendredi 27 mai 2011 et mardi 31 mai 2011, la Banque de la République d'Haïti (BRH) a l'avantage de confirmer aux banques commerciales, aux banques d'épargne et de logement et aux maisons de transferts ce qui suit:

### 1. Utilisation et frais d'utilisation de la plateforme de paiement de la BRH

Les frais de test, de certification, d'utilisation et d'inspection de USD 1.50 doivent être prélevés conformément aux règles en usage actuellement dans les institutions visées par la présente. Les frais seront donc perçus à la source que ce soit sur les transferts expédiés à l'étranger ou sur les transferts reçus (espèces ou nature) de l'étranger.

Ces frais ne doivent pas être pris en compte lors des calculs relatifs à la taxe sur le chiffre d'affaires (TCA).

### 2. Date d'entrée en vigueur

A compter du 15 juin 2011, la circulaire 98 s'applique à tous les transferts internationaux (entrants et sortants, en espèces ou nature) effectués sur les zones géographiques suivantes :

1. Etats-Unis d'Amérique du Nord;
2. Canada;
3. Iles Turks et Caicos;
4. Bahamas.

A compter du 1er juillet 2011, les banques commerciales, les banques d'épargne et de logement et les maisons de transfert sont tenues de déclarer tous les transferts internationaux sur Haïti (entrants et sortants) quelle que soit la forme dans laquelle le bénéficiaire reçoit le transfert (espèces ou nature).

Port-au-Prince, le 31 mai 2011

Charles Castel

P.O. BOX 1570, Port-au-Prince, Haïti. Téléphone:  2940-2009/ 2998-2024/ 2998-2025

# EXHIBIT E



3601 SW 160TH AVE SUITE 110
MIRAMAR, FL 33027 USA
Toll Free: (877) 864-8726
Phone: (954) 628-0022
www.unitransfer.com



JC MULTIPLE SERVICES
926 UTICA AVE
BROOKLYN, NY 11203
(718) 469-1566
SubAgent License : : MT1600082

JC ONE STOP MULTI CENTER, INC
923 UTICA AVE
BROOKLYN, NY 11203
(718) 469-1566
SubAgent License : MT104114

## AGENT RECEIPT / RESI AJAN

RECEIPT NO / Nimewo Resi : **19447251**

PRODUCT / PWODUI   HAITI - CASH TRANSFER
PICKUP / HTCP_USD
DONE ON / Dat : 10/NOV/2018 10 44 08 US/Eastern
DONE BY / FE PA : VV
PRINTED ON / IMPRIME LE : 10/... /2018 10:44 ...
EST

Sender / Ekspedite                    ID Custome

GORRETTIE STVIL
... ...EN BLVD
BROOKLYN, NY 11203
(347) 240-9085

Beneficiary / Benefisye
EMMANUEL SINVIL
PORT-AU-PRINCE
PORT-AU-PRINCE, 01
36 46 9642

.................. Message from Sender / Mesaj
Ekspedite
..................

Transfer Amount
Montan                      USD   51.50
Fees / Fre                  USD    4.99
Total Collected / Total pou peye USD  56.49  CASH

Benef. Amount / Montan
Benefisye                   USD   51.50
Fees / Fre                  USD   -1.50
Net Amount / Montan Kap
Recevwa                     USD   50.00

Date available in rece... ... ...(Funds may be
available sooner) / Dat y... ... ...d ajan ka disponib p
bone tou) : 10/NOV/2018

Recipient may receive less due to fees charged by the
paying partner and taxes/fees levied by foreign
government / Benefisye a ka resevwa mwens kob p...ke
gen fre ak lot tax gouvern...an chage sou montan yo
voye a

***** Paying ... ent / Ajan Peye ***...
UNITRANSFER HAITI
50, RUE LAMARRE
P... ...ON-VILLE, 01 HAITI
28 13 04...

## AGENT RECEIPT / RESI AJAN

RECEIPT NO / Nimewo Resi : **16343906**

PRODUCT / PWODUI   HAITI - CASH TRANSFER
PICKUP HTCP_USD
DONE ON / Dat : 16/JAN/2016 10:49:55 US/Eastern
DONE BY / FE PA : VV
PRINTED ON / IMPRIME LE : 16/Jan/2016 10:49:56 AM
EST

Sender / Ekspedite
**GORETHIE ST VIL**
783 LINDEN BLVD
BROOKLYN, NY 11203
(347) 240-9085

Beneficiary / Benefisye
**MYRLANGE SINVIL**
,PORT-AU-PRINCE, HAITI
PORT-AU-PRINCE, 01
38 82 5303

.................. Message from Sender / Mesaj
Ekspedite
..................

Transfer Amount / Montan     USD   41.50
Fees / Fre                   USD    4.99
Total Collected / Total pou
peye                         USD   46.49  CASH

Benef. Amount / Montan
Benefisye                    USD   41.50
Fees / Fre                   USD   -1.50
Net Amount / Montan Kap
Recevwa                      USD   40.00

Date available in receiver's country (Funds may be
available sooner) / Dat yo ka touche (Lajan ka disponib pi
bone tou) : 16/JAN/2016

Recipient may receive less due to fees charged by the
paying partner and taxes/fees levied by foreign
government / Benefisye a ka resevwa mwens kob paske
gen fre ak lot tax gouvenman an chage sou montan yo
voye a

***** Paying Agent / Ajan Peye ******
UNITRANSFER HAITI
50, RUE LAMARRE
PETION-VILLE, 01 HAITI
28 13 0451

GORETHIE ST VIL



3601 SW 160TH AVE SUITE 110
MIRAMAR, FL 33027 USA
Toll Free:  (877) 864-8726
Phone:  **(954) 628-0022**
www.unitransfer.com

LIONEL PRODUCTIONS, INC.
13740 NW 7TH AVE
MIAMI, FL 33168
(305) 769-0233
SubAgent License :  **FT230000201**

## AGENT RECEIPT / RESI AJAN

RECEIPT NO / Nimewo Resi : **19717600**

PRODUCT / PWODUI  :  **HAITI - CASH TRANSFER PICKUP / HTCP_USD**
DONE ON / Dat : 28/JAN/2019 13:58:52 US/Eastern
DONE BY / FE PA : DT
PRINTED ON / IMPRIME LE : 28/Jan/2019 13:59:15 PM EST

Sender / Ekspedite                                ID Customer:
**ORDILON CELESTIN**
13804 Nw 7th Ave
MIAMI, FL 33168
(786) 271-3210

Beneficiary / Benefisye
**DESILIA CELESTIN**

CAP-HAITIEN,  02
38 28 7618

Message from Sender / Mesaj
Ekspedite

| | | |
|---|---|---|
| Transfer Amount Montan | USD | **301.50** |
| Fees / Fre | USD | **11.99** |
| Total Collected / Total pou peye | USD | **313.49**  **CASH** |



3601  SW 160TH AVE SUITE 110
MIRAMAR, FL 33027 USA
Toll Free:  (877) 864-8726
Phone:  **(954) 628-0022**
www.unitransfer.com

LIONEL PRODUCTIONS, INC.
13740 NW 7TH AVE
MIAMI, FL 33168
(305) 769-0233
SubAgent License :  **FT230000201**

## AGENT RECEIPT / RESI AJAN

RECEIPT NO / Nimewo Resi : **19945929**

PRODUCT / PWODUI :  **HAITI - DIRECT TRANSFER TO
UNIBANK / UNIDIRECT**
DONE ON / Dat : 06/APR/2019 15:21:45 US/Eastern

DONE BY / FE PA  : DT
PRINTED ON / IMPRIME LE  : 06/Apr/2019 15:21:47 PM
EDT

Sender / Ekspedite                    ID Customer:
  **ODILON CELESTIN**
  13804 Nw 7th Ave
  MIAMI, FL 33168
  (786) 271-3210

Beneficiary / Benefisye
  **LUCNER CELESTIN**
  LIMBE RUE JEFRA # 9 ,LIMBE
  PORT-AU-PRINCE,  01
  34 86 7831
  Benef. Supplier / Nimewo kont :  **UNIBANK
S.A, 520221612795379**

Message from Sender / Mesaj
Ekspedite

| | | | |
|---|---|---|---|
| Transfer Amount Montan | USD | **51.50** | |
| Fees / Fre | USD | **4.99** | |
| Total Collected / Total pou peye | USD | **56.49** | **CASH** |



**CARIBBEAN AIRMAIL INC.**
9425 SW 72 ST, Suite 249, MIAMI,
FL 33173 USA
(305) 598-0400
1-800-934-0440

**RECEIPT**

**TRACKING NUMBER**
**38741006**

**Wireless Palace,Inc**
13744 NW 7th Ave
MIAMI, FLORIDA USA 33168

(305) 687-4487

Date:     12/7/2017  9:16:00AM
TellerID:    7819

| SENDER / EXPEDITE | RECIPIENT /MOUN KAP RESEVWA: | EXPECTED PAYOUT LOCATION/ KOTE YO KA PRAN TRANSFÈ A: |
|---|---|---|
| **MIVELINE JOSEPH CASSEUS** | **RICHEMSON PIERRE** | **HAITI/AYITI** |
| 811 NW 118 ST | PICK UP | [Pick-Up/Pikup] |
| MIAMI, FL 33168 | CAP-HAITIEN, HAITI | |
| 7863576100 | 31882263 | |

| | |
|---|---|
| DATE AVAILABLE / DAT DISPONIB: | 12/7/2017 |
| TRANSFER AMOUNT / KANTITE LAJAN: | $36.50 |
| TRANSFER FEES / FRÈ | $4.99 |
| TRANSFER TAXES / TAKS | 0.00 |
| TOTAL / TOTAL: | $41.49 |

EXCHANGE RATE / TO POU CHANJE LAJAN:
USD 1.00 = USD 1.00

TO BE PAID/ POU PEYE

| | |
|---|---|
| AMOUNT TO BE PAID / :LAJAN POU PEYE | $US 35.00 |
| OTHER FEES / LOT FRE: | 0.00 |
| TOTAL TO RECIPIENT/ TOTAL: | $US 35.00 |

---

C.A.M. is Licensed as a Money Transmitter by CT, DC. FL, GA, IL, MA, NJ, NY, RI, Banking Departments.
License # 52117

---

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.
You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-800- 934-0440 or www.camtransfer.com. You can also contact us for a written explanation of your rights at **Caribbean Airmail, Inc, 9425 SW 72ND ST Suite 249 Miami Florida 33173.**
You can cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited.
Caribbean Airmail, Inc. does not disclose any non public personal information about you, except as permitted by law.
A USD 1.50 BRH Regulatory fee will be deducted from the recipient amount if the payout location is Haiti.
CAM is not responsible for non delivery transfer if there is an error in the destination address provided by the sender.

By signing this receipt, you are acknowledging that, in relation to the transaction above, it reflects the information you provided, you paid the amount displayed on the receipt, and you understand and accept the terms and conditions.

Moun kap resevwa transfè a ka resevwa mwens lajan akòz frè chaje pa bank moun kap resevwa a plis taks peyi a letranje.
Ou gen dwa pou diskite erè ki fèt nan transfè ou a. Si ou panse ke gen yon erè, ou gen 180 jou pou kontakte nou nan 1-800-934-0440 oswa nan www.camtransfer.com. Ou kapab tou kontakte nou pou yon explikasyon alekri sou dwa ou yo nan adrès sa a: **Caribbean Airmail, Inc. 9425 SW 72nd St Suite 249 Miami Florida 33173.**
Ou ka anile transfé e nan 30 minit apre ke li fin fèt e yap remèt ou tout lajan an sof si transfè a gentan peye ou depoze nan bank ou.
Caribbean Airmail, Inc. pa met piblik nenpòt ki enfòmasyon pèsonèl sou ou , eksepte jan lalwa pèmèt sa .
Yon USD 1.50 regilasyon frè BRH ap retire nan kantite lajan moun kap resevwa a si transfè a pwale an Ayiti.
CAM pa responsab pou transfè ki pa livre si gen yon erè nan adrès destinasyon ke expedite a bay.

Depiw siyen resi sa a ou dako ke se enfomasyon ou te bay yo ki ladanl, ke se kob ou peye a ki nan resi a, e ke ou aksepte e konpran tèm ak kondisyon yo.

For questions and complaints about Caribbean Airmail, Inc., contact / Pou kesyon ak plent sou CAM,  Caribbean Airmail, Inc, kontakte :

FLORIDA
(850) 435-7352

Consumer Financial Protection Agency Bureau
855-411-2372
855-729-2372  (TTY/TDD)
www.consumerfinance.gov

---

Agent Signature / Siyati Ajan a                              Sender Signature / Siyati Expeditè a



**CARIBBEAN AIRMAIL INC.**
9425 SW 72 ST  Suite 249 MIAMI
FL 33173 USA
(305) 596-0400
1-800-934-0440

**RECEIPT**

**TRACKING NUMBER**
**39497000**

**Wireless Palace,Inc**
13744 NW 7th Ave
MIAMI, FLORIDA USA 33168
(305) 687-4487
Date:    1/29/2018  9:54:00AM
TellerID:   7819

---

SENDER / EXPEDITE

**MARGARETTE JULMISTE**
331 NW 148 ST
Miami, Fl 33168
7862855367

RECIPIENT /MOUN KAP RESEVWA:

**ASNER BAPTISTE**
PICK UP
CAP-HAITIEN, HAITI
50946910712

EXPECTED PAYOUT LOCATION/ KOTE YO
KA PRAN TRANSFE A:
**HAITI/AYITI**
[Pick-Up/Pikup]

| | |
|---|---|
| DATE AVAILABLE / DAT DISPONIB: | 1/29/2018 |
| TRANSFER AMOUNT / KANTITE LAJAN: | $101.50 |
| TRANSFER FEES / FRÈ | $8.00 |
| TRANSFER TAXES / TAKS | 0.00 |
| TOTAL / TOTAL: | $109.50 |

EXCHANGE RATE / TO POU CHANJE LAJAN:
USD 1.00 = USD 1.00

TO BE PAID/ POU PEYE

| | |
|---|---|
| AMOUNT TO BE PAID / :LAJAN POU PEYE | $US 100.00 |
| OTHER FEES / LOT FRE: | 0.00 |
| TOTAL  TO RECIPIENT/ TOTAL: | $US 100.00 |

---

C.A.M. is Licensed as a Money Transmitter by CT, DC. FL, GA, IL, MA, NJ, NY, RI, Banking Departments.
License # 52117

---

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.
You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-800- 934-0440 or www.camtransfer.com. You can also contact us for a written explanation of your rights at **Caribbean Airmail, Inc, 9425 SW 72ND ST Suite 249 Miami Florida 33173.**
You can cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited.
Caribbean Airmail, Inc. does not disclose any non public personal information about you, except as permitted by law.
A USD 1.50 BRH Regulatory fee will be deducted from the recipient amount if the payout location is Haiti.
CAM is not responsible for non delivery transfer if there is an error in the destination address provided by the sender.

By signing this receipt, you are acknowledging that, in relation to the transaction above, it reflects the information you provided, you paid the amount displayed on the receipt, and you understand and accept the terms and conditions.

Moun kap resevwa transfè a ka resevwa mwens lajan akòz frè chaje pa bank moun kap resevwa a plis taks peyi a letranje.
Ou gen dwa pou diskite erè ki fèt nan transfè ou a. Si ou panse ke gen yon erè, ou gen 180 jou pou kontakte nou nan 1-800-934-0440 oswa nan www.camtransfer.com. Ou kapab tou kontakte nou pou yon explikasyon alekri sou dwa ou yo nan adrès sa a: **Caribbean Airmail, Inc. 9425 SW 72nd St Suite 249 Miami Florida 33173.**
Ou ka anile transfè a nan 30 minit apre ke li fin fèt e yap remèt ou tout lajan an sof si transfè a gentan peye ou depoze nan bank ou.
Caribbean Airmail, Inc. pa met piblik nenpòt ki enfòmasyon pèsonèl sou ou , eksepte jan lalwa pèmèt sa .
Yon USD 1.50 regilasyon frè BRH ap retire nan kantite lajan moun kap resevwa a si transfè a pwale an Ayiti.
CAM pa responsab pou transfè ki pa livre si gen yon erè nan adrès destinasyon ke expedite a bay.

Depiw siyen resi sa a ou dako ke se enfomasyon ou te bay yo ki ladanl, ke se kob ou peye a ki nan resi a, e ke ou aksepte e konpran tèm ak kondisyon yo.

For questions and complaints about Caribbean Airmail, Inc., contact / Pou kesyon ak plent sou CAM, Caribbean Airmail, Inc, kontakte :

FLORIDA State Regulatory
(850) 435-7352

Consumer Financial Protection Agency Bureau
855-411-2372
855-729-2372  (TTY/TDD)

---

Agent Signature / Siyati Ajan a

Sender Signature / Siyati Expedite a



**CARIBBEAN AIRMAIL INC.**
9425 SW 72 ST, Suite 249, MIAMI,
FL 33173 USA
(305) 598-0400
**1-800-934-0440**

**RECEIPT**

**TRACKING NUMBER**

**43470393**

**Wireless Palace,Inc**

13744 NW 7th Ave

MIAMI, FLORIDA USA 33168

(305) 687-4487

Date:     11/3/2018  3:48:00PM

TellerID:     7819

| SENDER / EXPEDITE | RECIPIENT /MOUN KAP RESEVWA: | EXPECTED PAYOUT LOCATION/ KOTE YO KA PRAN TRANSFE A: |
|---|---|---|
| **ODILON CELESTIN** | **MARIE ALISE MARCELIN** | **HAITI/AYITI** |
| 13020 NW 12TH AVE | PICK UP | **[Pick-Up/Pikup]** |
| North Miami, FLORIDA 33168 | CAP-HAITIEN, HAITI | |
| 7862713210 | 50933133719 | |

| | |
|---|---|
| DATE AVAILABLE / DAT DISPONIB: | 11/3/2018 |
| TRANSFER AMOUNT / KANTITE LAJAN: | $101.50 |
| TRANSFER FEES / FRÈ | $8.00 |
| TRANSFER TAXES / TAKS | 0.00 |
| TOTAL / TOTAL: | $109.50 |

EXCHANGE RATE / TO POU CHANJE LAJAN:

USD 1.00 = USD 1.00

**TO BE PAID/ POU PEYE**

| | |
|---|---|
| AMOUNT TO BE PAID / :LAJAN POU PEYE | $US 100.00 |
| OTHER FEES / LOT FRE: | 0.00 |
| TOTAL  TO RECIPIENT/ TOTAL: | $US 100.00 |

---

C.A.M. is Licensed as a Money Transmitter by CT, DC, FL, GA, IL, MA, NJ, NY, RI, Banking Departments.
License # 52117

---

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.
You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-800- 934-0440 or www.camtransfer.com. You can also contact us for a written explanation of your rights at **Caribbean Airmail, Inc, 9425 SW 72ND ST Suite 249 Miami Florida 33173.**
You can cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited.
Caribbean Airmail, Inc. does not disclose any non public personal information about you, except as permitted by law.
A USD 1.50 BRH Regulatory fee will be deducted from the recipient amount if the payout location is Haiti.
CAM is not responsible for non delivery transfer if there is an error in the destination address provided by the sender.

By signing this receipt, you are acknowledging that, in relation to the transaction above, it reflects the information you provided, you paid the amount displayed on the receipt, and you understand and accept the terms and conditions.

Moun kap resevwa transfè a ka resevwa mwens lajan akòz frè chaje pa bank moun kap resevwa a plis taks peyi a letranje.
Ou gen dwa pou diskite erè ki fèt nan transfè ou a. Si ou panse ke gen yon erè, ou gen 180 jou pou kontakte nou nan 1-800-934-0440 oswa nan www.camtransfer.com. Ou kapab tou kontakte nou pou yon eksplikasyon alekri sou dwa ou yo nan adrès sa a: **Caribbean Airmail, Inc. 9425 SW 72nd St Suite 249 Miami Florida 33173.**
Ou ka anile transfè a nan 30 minit apre ke li fin fèt e yap remèt ou tout lajan an sof si transfè a gentan peye ou depoze nan bank ou.
Caribbean Airmail, Inc. pa met piblik nenpòt ki enfòmasyon pèsonèl sou ou , eksepte jan lalwa pèmèt sa .
Yon USD 1.50 regilasyon frè BRH ap retire nan kantite lajan moun kap resevwa a si transfè a pwale an Ayiti.
CAM pa responsab pou transfè ki pa livre si gen yon erè nan adrès destinasyon ke expedite a bay.

Depiw siyen resi sa a ou dako ke se enfomasyon ou te bay yo ki ladanl, ke se kob ou peye a ki nan resi a, e ke ou aksepte e konpran tèm ak kondisyon yo.

For questions and complaints about Caribbean Airmail, Inc., contact / Pou kesyon ak plent sou CAM,  Caribbean Airmail, Inc, kontakte :

FLORIDA State Regulatory
(850) 435-7352
www.stateofflorida.com

Consumer Financial Protection Agency Bureau
855-411-2372
855-729-2372  (TTY/TDD)
www.consumerfinance.gov

---

Agent Signature / Siyati Ajan a

Sender Signature / Siyati Expedite a



RECEIPT

**CBA MANAGEMENT FLATBUSH**

668 FLATBUSH AVE

BROOKLYN, NEW YORK USA 11225

7184624900

**TRACKING NUMBER**

**45469313**

Date:     3/9/2019 12:00:00 PM

TellerID:     HA66USER190

**SENDER/EXPEDITE**

**FRITZ BEAUTE**

1809 BEVERLEY RD APT 4 W

BROOKLYN, NEW YORK 11226     Tel: 3479843207

**RECIPIENT/MOUN KAP RESEVWA**

**JEAN PIERRE GUY ELIASSON**

MARCHAND DESSALINES

ST MARC, 75

Tel:36557889

EXPECTED PAYOUT LOCATION/ KOTE YO KA PRAN

TRANSFE A:

HAITI/AYITI

HAITI PICKUP IN $US

DATE
AVAILABLE /
DAT     3/9/2019

DISPONIB:

TRANSFER
AMOUNT /
KANTITE     $201.50

LAJAN:
TRANSFER

FEES/ FRÈ:     $8.00

TRANSFER
TAXES/

TAKS:     $.00

TOTAL     $209.50

**EXCHANGE RATE/TO POU CHANGE LAJAN**

USD 1.00 = USD 1.00



RECEIPT

**CBA MANAGEMENT FLATBUSH**

668 FLATBUSH AVE

BROOKLYN, NEW YORK USA 11225

7184624900

**TRACKING NUMBER**

**45469344**

Date:     3/9/2019 12:00:00 PM

TellerID:     HA66USER190

**SENDER/EXPEDITE**

**MARIE LOURDES ST JEAN**

1809 BEVERLEY RD

BROOKLYN, NEW YORK 11226     Tel: 9173452817

**RECIPIENT/MOUN KAP RESEVWA**

**CLAIRE MICHELLE CHARLES**

PICK-UP

ST MARC, 75

Tel:46020209

EXPECTED PAYOUT LOCATION/ KOTE YO KA PRAN

TRANSFE A:

HAITI/AYITI

HAITI PICKUP IN $US

DATE
AVAILABLE /
DAT     3/9/2019

DISPONIB:

TRANSFER
AMOUNT /
KANTITE     $101.50

LAJAN:
TRANSFER

FEES/ FRÈ:     $8.00

TRANSFER
TAXES/

TAKS:     $.00

TOTAL     $109.50

**EXCHANGE RATE/TO POU CHANGE LAJAN**

USD 1.00 = USD 1.00

**TO BE PAID**



**1-800-934-0440**

**RECEIPT**

**Nanabelle Event Planner & Multiservices**
14220 NW 7TH AVE
MIAMI, FLORIDA USA 33168

7865066087

**TRACKING NUMBER**

**45192073**

Date:   2/22/2019 11:28:00 AM

TellerID:   NAEV3992USER

**SENDER/EXPEDITE**

**JEANNETTE VALEUS**

13804 NW 7TH AVE

MIAMI, FLORIDA 33168     Tel: 7864889773

**RECIPIENT/MOUN KAP RESEVWA**

**LEONA VALEUS**

PICK UP

PORT DE PAIX, 75

Tel:36194754

EXPECTED PAYOUT LOCATION/ KOTE YO KA PRAN
TRANSFE A:

HAITI/AYITI

HAITI PICKUP IN $US

| | |
|---|---|
| DATE AVAILABLE / DAT DISPONIB: | 2/22/2019 |
| TRANSFER AMOUNT / KANTITE LAJAN: | $61.50 |
| TRANSFER FEES/ FRÈ: | $5.40 |
| TRANSFER TAXES/ TAKS: | $.00 |

| | |
|---|---|
| **TOTAL** | **$66.90** |

**EXCHANGE RATE/TO POU CHANGE LAJAN**

USD 1.00 = USD 1.00

**TO BE PAID
POU PEYE**

| | |
|---|---|
| AMOUNT TO BE PAID/LAJAN POU PEYE: | $60.00 |
| TRANSFER TAXES/ TAKS: | $.00 |



RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/
NO. DE CONTROL DEL ENVIO:
851-348-0070

For Customer Service please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente llame al 1-800-325-6000

My WU® #707274847
Total Points/Puntos totales 90

ATN CHECK CASHING #1
12211 GUY R BREWER BLVD, NY

Money Transfer/Envio de Dinero
CASH/Dinero en efectivo

Operator ID/No. ID del Operador  309

Date of Transactions/Fecha de las Transacciones
April 13, 2019/Abril 13, 2019

Time of Transactions/Hora de las Transacciones
01:21 PM EDT

Sender/Remitente:
ODILON CELESTIN
13640 NW 2 AVE, NORTH MIAMI, FL, 33168, USA
/862713210

Final Receiver/Destinatario Final:
LAMARE BEAULIEU

Expected Foreign Country Payout Location/Localidad
donde Esperan el Pago en país extranjero:
Haiti/Haiti

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Final Receiver's Country/Fecha
Disponible en el País del Destinatario Final:
April 13, 2019  Abril 13, 2019

| | | |
|---|---|---|
| Transfer Amount/ Cantidad de Envío | | 101.50 USD |
| Transfer Fees/ Cargos por Envío | + | 10.00 USD |
| Additional Fees/ Cargos Adicionales | + | 0.00 USD |
| Transfer Taxes/ Impuestos de Envío | + | 0.00 USD |
| Promotion Discount/ Descuento Promocional | | USD |
| Total / Total | | 111.50 USD |

Exchange Rate/Tipo de Cambio
1 USD = 1.0000 USD

Cargo Adicionales

| | | |
|---|---|---|
| Transfer Taxes/ Impuestos de Envío | + | 0.00 USD |
| Promotion Discount/ Descuento Promocional | - | USD |
| Total / Total | | 111.50 USD |

Exchange Rate/Tipo de Cambio
1 USD = 1.0000 USD

| | |
|---|---|
| Transfer Amount/ Cantidad de Envío | 101.50 USD |
| Haiti Central Bank Fee/ Cargo del Banco Central de Haití | 1.50 USD |
| Total to Final Receiver/Total al Destinatario Final: | 100.00 USD |

For all transfers, Final Receiver may receive less due to foreign taxes. For transfers to a bank account, Final Receiver may also receive less due to fees charged by the Final Receiver's bank./Para todas las transferencias, el Destinatario Final puede recibir menos debido a los impuestos extranjeros. Para las transferencias a una cuenta bancaria, el Destinatario Final también puede recibir menos debido a las tarifas que carga el banco del Destinatario Final.

You have a right to dispute errors in your transactions. If you think there is an error, contact us within 180 days of the date that we promised you that the funds would be made available to the Final Receiver at 1-800-325-6000 or https://care.westernunion.com/us/en/ask. You can also contact us for a written explanation of your rights./Usted tiene el derecho a disputar errores en su transacciones. Si cree que hay un error, contáctenos dentro de 180 días a partir de la fecha en que le prometimos que los fondos estarían disponibles para el Destinatario Final al 1-800-325-6000 o https://care.westernunion.com/us/es/ask. También puede contactarnos para obtener una explicación escrita de sus derechos.

Subject to applicable law, you can cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited /Sujeto a la ley aplicable, usted puede cancelar el envío y recibir un reembolso total dentro de 30 minutos de haber realizado el pago, a no ser que los fondos hayan sido recogidos o depositados.

For questions or complaints about Western Union, contact /Para preguntas o presentar una queja sobre Western Union, contacte a:

New York State Department of Financial Services
1-800-342-3736
http://www.dfs.ny.gov

Consumer Financial Protection Bureau
1-855-411-2372
1-855-729-2372 TTY/TDD
http://www.consumerfinance.gov

For inquiries or comments in English, please write to /Para consultas o comentarios en español, escriba a:

WESTERN UNION
P.O. Box 6036,
Englewood, CO 80155

International money transfer services are provided by two Western Union companies: Western Union Financial Services, Inc. ("WUFSI") and Western Union International Services, LLC ("WUIS"). Transfer fees disclosed above for these services are charged by WUIS /Los servicios de transferencia de dinero a nivel internacional son provistos por dos compañías Western Union: Western Union Financial Services, Inc. ("WUFSI") y Western Union International Services, LLC ("WUIS"). Los costos en concepto de

UNION

*RECEIPT / RECIBO*

Thank You / Gracias

*Tracking Number (MTCN) /*
*NO. de Control del Envío (MTCN):*
*216-850-0425*

For Customer Service, please call 1-800-325-6000 /
Para comunicarse con el servicio de atención al
cliente llame al 1-800-325-6000

My WU℠/Gold Card/Tarjeta Dorada #: 123889956
Total Points / Puntos totales: 32

PAYOMATIC CORP
1908 CHURCH AVE
BROOKLYN, NY, USA

Money Transfer / Envío de Dinero
Cash / Dinero en efectivo

Operator ID / No. ID del Operador: 611020

Date of Transaction / Fecha de transacción:
March 5, 2019 / Marzo 5, 2019

Time of Transaction / Hora de la Transacción:
4:28 PM EST

Sender / Remitente:
MARIE STJEAN
1809 BEVERLY RD. BKLYN, NY 11226
9173452817

Receiver / Destinatario:
JEAN PAUL PIERRE ANTOINE

Expected Payout Location /
Localidad donde se Espera Pago:
Haiti / Haiti

Service Type / Tipo de Servicio:
Money in minutes / Dinero en Minutos

Date Available in Receiver's Country / Fecha
Disponible en el País del Destinatario:
March 5, 2019 / Marzo 5, 2019

| | |
|---|---|
| Transfer Amount / Cantidad de Envío: | 101.50 USD |
| Transfer Fees / Cargos por Envío: | + 10.00 USD |
| Additional Fees / Cargos Adicionales: | + 0.00 USD |
| Transfer Taxes / Impuestos de Envío: | + 0.00 USD |
| Promotion Discount / Descuento Promocional: | - 0.00 USD |
| Total / Total: | 111.50 USD |

Exchange Rate / Tipo de Cambio:
1.00 USD = 1 USD

Transfer Amount / Cantidad de Envío:

Sender / Remitente
MARIE JEAN
1809 BEVERLY RD, BKLYN, NY 11226
9173452817

Receiver / Destinatario:
JEAN PAUL PIERRE ANTOINE

Expected Payout Location /
Localidad donde se Espera Pago:
Haiti / Haiti

Service Type / Tipo de Servicio:
Money in minutes / Dinero en Minutos

Date Available in Receiver's Country / Fecha
Disponible en el País del Destinatario:
March 5, 2019 / Marzo 5, 2019

| | |
|---|---|
| Transfer Amount / Cantidad de Envio: | 101.50 USD |
| Transfer Fees / Cargos por Envio: | + 10.00 USD |
| Additional Fees / Cargos Adicionales: | + 0.00 USD |
| Transfer Taxes / Impuestos de Envio: | + 0.00 USD |
| Promotion Discount / Descuento Promocional: | - 0.00 USD |
| Total / Total: | 111.50 USD |

Exchange Rate / Tipo de Cambio:
1.00 USD = 1 USD

Transfer Amount / Cantidad de Envio:
101.50 USD

Other Fees / Otros Cargos por Envio:

- 1.50 USD USD

Total to Receiver /                     100.00 USD
Total al Destinatario:

For all transfers, Receiver may receive less due to
foreign taxes. For transfers to a bank account,
Receiver may also receive less due to fees charged
by the Receiver's bank / Para todas las
transferencias, el Destinatario puede recibir menos
debido a los impuestos extranjeros. Para las
transferencias a una cuenta bancaria, el
Destinatario también puede recibir menos debido a
las tarifas que carga su banco.

You have a right to dispute errors in your
transaction. If you think there is an error, contact us
within 180 days of the date that we promised you
that the funds would be made available to the
Receiver at 1-800-325-6000 or
https://care.westernunion.com/us/en/ask. You can
also contact us for a written explanation of your
rights. / Usted tiene el derecho a disputar errores en
su transacción. Si cree que hay un error,
contáctenos dentro de 180 días a partir de la fecha
en que le prometimos que los fondos estarían
disponibles a el Destinatario al 1-800-325-6000 o

# WESTERN UNION

## RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/
NO DE CONTROL DEL ENVIO:
492-530-2862

For Customer Service, please call 1-800-325-6000/Para
comunicarse con el servicio de atención al cliente, llame
al 1-800-325-6000

My WU® #119647645
Total Points/Puntos totales 162

PUBLIX #1094
1415 E SUNRISE BLVD, FL

Money Transfer/Envío de Dinero:
CASH/Dinero en efectivo

Operator ID/No ID del Operador   419

Date of Transaction/Fecha de Transacción:
January 31, 2019/Enero 31, 2019

Time of Transaction/Hora de la Transacción:
10 48 AM EST

Sender/Remitente:
ESTEVE CHARLES
5315 NW 24 CT LAUDERHILL, FL, 33313, USA
9544965520/ 9544965520

Receiver/Destinatario:
HONORIUS CHARLES

Mobile Number/No Mobil
3973362

Expected Payout Location/
Localidad donde Esperan Pago:
Haiti/Haiti

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Receiver Country/Fecha
Disponible en el País del Destinatario
January 31, 2019/Enero 31, 2019

Transfer Amount/
Cantidad de Envio        191 50 USD

Transfer Fees/
Cargos por Envío      +     5 00 USD

Additional Fees/
Cargos Adicionales    +     0 00 USD

Transfer Taxes/
Impuestos de Envío    +     0 00 USD

Promotion Discount/
Descuento Promocional  -          USD

..... .......Mo. Mobil
387 35662

...pected Payout Location/
Localidad donde Esperan Pago:
Haiti/Haiti

Service Type/Tipo de Servicio
MONEY IN MINUTES/...ERO EN MINUTOS

Date Available in Receiver ...ountry/Fecha
Disponible en el Pais del ...inatario
January 31, 2019/En. ...19

| | | |
|---|---|---|
| Transfer Amount/ Cantidad de Envio: | 191 50 | USD |
| Transfer Fees/ Cargos por Envio: | + 5 00 | USD |
| Additional Fees/ Cargos Adicionales | + 0 00 | USD |
| Transfer Taxes/ Impuestos de Envio | + 0 00 | USD |
| Promotion Discount/ Descuento Promocional | | USD |
| Total / Total: | 196 50 | USD |

Exchange Rate/Tipo de Cambio:
1 USD = 1 0000 USD

| | | |
|---|---|---|
| Transfer Amount/ Cantidad de Envio | 191 50 | USD |
| Haiti Central Bank Fee/ Cargo del Banco Central de Haiti | 1 50 | USD |
| Total to Receive/Total al Destinatario: | 190 00 | USD |

For all transfers, Receiver may receive less due to
foreign taxes. For transfers to a bank account,
Receiver may also receive less due to fees charged
by the receiver's bank /Para todas las transferencias,
el Destinatario puede recibir menos debido a los
impuestos extranjeros. Para las transferencias a una
cuenta bancaria, el Destinatario también puede
recibir menos debido a las tarifas que carga su
banco.

You have a right to dispute errors in your transaction.
If you think there is an error, contact us within 180
days of the date that we promised you that the funds
would be made available to the
Receiver at 1-800-325-6000 or
https //care.westernunion.com/us/en/ask. You can
also contact us for a written explanation of your
rights /Usted tiene el derecho a disputar errores en
su transacción. Si cree que hay un error,
contáctenos dentro de 180 dias a partir de la fecha
en que le prometimos que los fondos estarian
disponibles el Destinatario al 1-800-325-6000 o
https //care.westernunion.com/us/es/ask. También
puede contactarnos para obtener una explicación
escrita de sus derechos.

Subject to applicable laws, you can cancel for a full
refund within 30 minutes of payment, unless the
funds have been picked up or deposited /Sujeto a las
leyes aplicables, usted puede cancelar el envio y
recibir un reembolso total dentro de 30 minutos de
haber realizado el pago, a no ser que los fondos
hayan sido recogidos o depositados.

For questions or complaints about Western Union,
contact /Para preguntas o presentar una queja sobre
Western Union, contacte a:

# EXHIBIT F

**Translation Transcript**

JOURNAL SAN FONTYE: Michel Martelly Resi Reponn Tout Kesyon Sou Kob La/Martelly
Finally Answered questions Regarding the Money

**Jounal San Fontye**

(0:10:54-0:13:16):

Now on the issue of education, which was your trojan horse. The PSUGO- Universal, Free and Compulsory Education Programme issue, there are a lot of complaints about it. Are you satisfy with it how you left it as compared to how you found it?

**MM:**

Once again, something I attempted to do all by myself. It was already a precarious situation while I was doing it. Once I left office, they abandoned it. It was precarious to begin with because I came with a system whereby the government was paying for school and there were a lot of people making money off the back of the government. People who own schools with only 100 students were reporting 300 hundred to the government. When you go to audit them, visit with them while researching them that is when you realized that they lied. It took us a long time to realize how much money was stolen and how many people were involved in the theft. Within the government, we identified a school principal in the north west who worked for the Department of Education who was stealing money as well. Did I succeed? I can say that I did not get the support from the press, or the civil society, or the masses. Excuse me for saying, the free school program was for whom? It was for the masses. The same way the masses used to protest against the opposition or against this and that, against the president or for the president. I thought for the free school program, the masses could have protested and demanded its preservation or that it is made better because the idea was a good one. It pertains to the future of our children. Let us defend the idea. Nope, such a position was never taken. The only thing you hear about is the $1.50 and $0.05 cents. That we stole the $1.50 and the $0.05 cents from the phone calls. Those funds did not go to any particular individual. They went straight to institutions such as BRH. At any given time, an organization or individual wants to hold the government accountable, go and ask ULCC to look into how much money is collected, what did they do with the money, and where did the money go.

**JSF:**

The public was waiting for you to sanction those accused of wrong doings.

**MM:**  You find corruption at all level. In our society a gangster has more clout than a police officer.

**JSF:**  Seriously?

**MM:**  Yes, I personally witnessed on many occasions where they would arrest a gangster and he would be released immediately; and I have witnessed on many occasions where policemen would fall victim, yet no one bothered to assist them.

Link: https://youtu.be/YjPDAuTBhSI?

# CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document-video
from Haitian into English and that, to the best of my ability, it is a true and correct
translation. I further certify that I am competent in both French and English to render and
certify such translation.

_____

Daniel Dume-Charles, Translator


Sworn to before me this 7th day of June 2019.

Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6365279
Qualified in Kings County
Commission Expires October 2, 2021

# EXHIBIT G

### CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document from
Haitian into English and that, to the best of my ability, it is a true and correct translation.
I further certify that I am competent in both French and English to render and certify such
translation.

_____

Daniel Dume-Charles, Translator


Sworn to before me this 7ᵗʰ day of June 2019.

_____

Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6365279
Qualified in Kings County
Commission Expires October 2, 2021

# EXHIBIT H

**Translation Transcript**

**ANTRE NOUS-TRIPOTAY LAKAY**

| | |
|---|---|
| **Host:** | There are several things you said that I am not going back to. Let me ask you Mrs. Orion, one of the issues that people in the diaspora have concerned the $1.50. $1.50 that are collected on every money transfer to Haiti go directly to finance education in Haiti. However, the $1.50 represents a slush fund for many people because no light is shed on it. Nobody knows how much money is collected. Or what the money is being used for? Can you levy taxes without a law on that matter? How much money does the government receive every year from the diaspora with the $1.50 collection? |
| **Mrs. Orion:** | Listen, when you asked me how much money comes in every year? I am going to tell you. What is the $1.50? Every money transfer is subjected to an additional $1.50. |
| **Host:** | That we know, we know it far too well. |
| **Mrs. Orion:** | One second, the $1.50 are collected by the BRH which in turn deposit them in the account of the FNE. Every time someone places a call to Haiti, they charge them roughly $0.50 per minute and that are collected by CONATEL from the local phone companies, we are talking about Natcom and Digicel. Once CONATEL collects that money based on the signed protocol, that money is deposited with BRH for the account of the FNE, or what we call the government's account or what we call Public Fund. You asked me how much money is collected from the time that they began to collect the $1.50 to date? |
| **Host:** | Non, I asked you how much money is collected every year? |
| **Mrs. Orion:** | I cannot tell you how much money is collected every year. But I can tell you that from July 2011 to July 2018, I am talking about the fees, CONATEL collected 7.624 billion Gourdes that they deposited in the account. It is with that money that they built schools and pay the PSUGO and so on. It is the same thing for BRH. BRH collected till last October about 1.446 billion gourdes. That is the amount that BHR collected from October 2017 to October 2018. You are talking about the $1.50 that are collected from the diaspora; this is what the money does: first, it pays the salary of teachers enrolled in the PSUGO, which has since stopped because it was carried out through the public-school system. As I told you earlier, the central government pays 400 gdes per child comes from that money. We also use the money to rehabilitate schools. We also use the money |

to reinforce the free lunch program in the public schools. All that is done through the law enacted to regulate the FNE. Soon, there will be a Presidential Order naming a chairman for the FNE together with a governing board.

**Host:** You said a law regulating the FNE, when was that law enacted and when was it published?

**Mrs. Orion:** The law on FNE was enacted during Jovenel Moise's presidency and published in the Moniteur. It is a law that has been in the parliament since President Martelly. That law was still in the parliament during the interim government. Now, it has been enacted and published in the official newspaper the Moniteur. It is because of that law that the PSUGO is no longer in the hands of the private sector, whereas only private schools were benefiting from the program. Nowadays, the PSUGO is being handled through the public school's system. It is because of the FNE law, which is National Education Funds. (This clip is a 4 minutes and 21 seconds segment taken from a 28 minutes and 26 seconds interview.)

https://youtu.be/X4j6QsGzq_8 -Madame Aurion contradicting the government's report.

## CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document-video from Haitian into English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____
Daniel Dume-Charles, Translator


Sworn to before me this 7th day of June 2019.

_____
Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6363270
Qualified in Kings County
Commission Expires October 2, 2021

EXHIBIT I

## Translation Transcript

Kote lajan $150 yo pran sous diaspora a, Prezidan Jovenel Moïse ap di konbyen kòb li ye,sa yo fè- *Where is the $1.50 taken from the diaspora, President Jovenel Moïse explains how much money it is and what have the government done with it.*

**Tripotay Lakay:**      $1 that they came out of money taken from the diaspora, $1.50 on phone calls ect… The diaspora spoke about it a great deal. In fact, they want me to ask you question about 117, 000,000 dollars that are already been disbursed out of the funds. Do you have any idea how such funds were spent and what have been done with such funds considering that the public is yet to see any real results?

**JM:**      It is because there is a lack of communication, there is a lot of things going on in the country that the population at large is unaware of. I, myself, did not have any information about the free education program. I must tell you, it is not because I was coming to your programming that I met with the Minister of Education and posed the question to him. I asked him what happened to the funds, $1.50 and a whole lot of money on phone calls and I heard nothing about what they have done with the funds. There are 750,000 children attending public schools throughout the country. I did not know, I cannot say for how many years but since I became president 750,000 children are receiving free education. The children supposed to pay $4.80, the government assumed such a payment regularly. There was a shortage of teachers on the primary school level. To meet such a shortage, the government hired independent contractors to teach. All this information is verifiable. I asked the Minster of Education, who is watching and listening to me now, to publish such information on the website of his department so the diaspora can see the work that their money is doing. Diaspora, your money today is being used to provide free education to 750,000 children throughout the country. No body stole your money. Your money went to educate 750, 000 children, 750,000 children attending primary school from 1st through 6th grades. We are still looking for additional funding because there are 500,000 children more that we need to put to school. There are 500,000 more children who need to go to school and cannot go to school because the government is yet to have the means to put them to school. To put them to school, we need to build 15,000 classrooms that will cost the government 400,000,000 dollars.

**Tripotay Lakay:**      Have you started building?

**JM:**      Yes, we already started. We have already started building. We have already built 36 schools. I heard a question like that from the delegation that went to New York. I did not see the answer. But there are schools that are being build. We rehabilitated all the schools that were destroyed.

## CERTIFICATION

I, Daniel Dume-Charles, hereby certify that I translated the attached document from Haitian into English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____
Daniel Dume-Charles, Translator

Sworn to before me this 7th day of June 2019.

_____
Notary Public

MARCEL P. DENIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6365279
Qualified in Kings County
Commission Expires October 2, 2021