UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ODILON S. CELESTIN, WIDMIR ROMELIEN,
MARIE LUCIE ST VIL, GORETTIE ST VIL,
JEANNETTE VALEUS, GUETTY FELIN,
HERVE COHEN, and on behalf of all others
similarly situated,

                                                                                               JUDGMENT
                                                                                               18-CV-7340 (LDH) (PK)

        Plaintiffs,

  v.

MICHEL JOSEPH MARTELLY, JOCELERME
PRIVERT, JOVENEL MOISE, THE WESTERN
UNION COMPANY, d/b/a Western Union
Holdings, Inc., Western Union Financial
Services, Inc., and through other subsidiaries
and affiliates, CARIBBEAN AIR MAIL, INC.,
d/b/a CAM, UNIBANK, S.A., UNITRANSFER
USA, INC., UNIGESTION HOLDING, S.A.,
d/b/a/ DIGICEL HAITI, NATCOM S.A.,
and THE GOVERNMENT OF HAITI,

        Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 10, 2021, granting Moving Defendants' motion to dismiss; dismissing the complaint in its entirety; and denying Plaintiffs' request that the Court take judicial notice of various materials (DE# 91& 93); it is

        ORDERED and ADJUDGED that Moving Defendants' motion to dismiss is granted; that the complaint is dismissed in its entirety; and that Plaintiffs' request that the Court take judicial notice of various materials (DE# 91& 93) is denied.

Dated: Brooklyn, New York                                          Douglas C. Palmer
         March 11, 2021                                                 Clerk of Court

                                                                       By:    */s/Jalitza Poveda*
                                                                                  Deputy Clerk