NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

_____
                                      )
ODILON CELESTIN et al.         )       AMENDED
                                      )       <u>NOTICE OF APPEAL</u>
               Plaintiffs,   )

MICHAEL JOSEPH MARTELLY, et al.,)       <u>18-CV-7340(LDH) (PK)</u>
                                    )       Docket No.
              Defendants.  )
_____

Notice is hereby given that Plaintiffs, ODILON CELESTIN et. al. hereby appeals to the United States Court of Appeals for the Second Circuit from the decision dismissing Plaintiffs complaint with prejudice entered in this action on the 11th day of March, 2021.


                                                 RODNEY R. AUSTIN PLLC.

                                                 BY: /s/_____
                                                     Rodney R. Austin, Esq.
                                                     6143 186th St.
                                                     Fresh Meadows, New York 11365
                                                     (718) 475-2119
                                                     rodney@Raustinlaw.com

Dated: April 5, 2021