UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**ODILON S. CELESTIN, WIDMIR ROMELIEN,**
**MARIE LUCIE ST VIL, GORETTIE ST VIL,**
**JEANNETTE VALEUS, GUETTY FELIN,**
**HERVE COHEN,** and on behalf of all others
similarly situated,

Case No. 18-cv-7340 (LDH) (PK)

Plaintiffs,

-against-

**MICHAEL JOSEPH MARTELLY, JOCELERME**
**PRIVERT, JOVENEL MOISE, THE WESTERN**
**UNION COMPANY**, d/b/a Western Union Holdings, Inc,
Western Union Financial Services, Inc., and through
other subsidiaries and affiliates, **MoneyGram**
**International, Inc. and MoneyGram**
**Payment System, Inc., (collectively MGI),**
**CARIBBEAN AIR MAIL, INC.,** d/b/a **CAM,**
**UNIBANK, S.A., UNITRANSFER USA, INC.,**
**UNIGESTION HOLDING, S.A.,** d/b/a **DIGICEL**
**HAITI, NATCOM S.A.,** and
**THE GOVERNMENT OF HAITI**,

Defendants.
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs **WIDMIR ROMELIEN, MARIE LUCIE ST VIL, GORETTIE ST VIL, GUETTY FELIN and HERVE COHEN** hereby dismiss without prejudice all claims that they asserted against Defendants **CARIBBEAN AIR MAIL, INC.,** d/b/a **CAM,** in this action. This Notice of Dismissal shall not have any bearing on any claims of Plaintiffs not specifically described herein.

Dated: November 16, 2022

        RODNEY R. AUSTIN, PLLC
        (Counsel for Plaintiffs)

By:    */s/ Rodney R. Austin*
       Rodney R. Austin, Esq.
       61-43 186th Street
       Fresh Meadows, New York 11365
       Tel.: 718-475-2119
       Fax: 877-586-7490
       Email: rodney@raustinlaw.com