IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ODILON S. CELESTIN, WIDMIR ROMELIEN, MARIE LUCIE ST VIL, GORETTIE ST VIL, JEANNETTE VALEUS, GUETTY FELIN, HERVE COHEN,** and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  -against-<br><br>**MICHEL JOSEPH MARTELLY, JOCELERME PRIVERT, JOVENEL MOISE, THE WESTERN UNION COMPANY**, d/b/a/ Western Union Holdings, Inc, Western Union Financial Services, Inc., and through other subsidiaries and affiliates, **MoneyGram International, Inc. and MoneyGram Payment System, Inc.** (collectively MGI), **CARIBBEAN AIR MAIL, INC.**, d/b/a **CAM, UNIBANK, S.A. UNITRANSFER USA, INC., UNIGESTION HOLDING, S.A.** d/b/a **DIGICEL HAITI, NATCOM S.A.** and **THE GOVERNMENT OF HAITI**,<br><br>                  Defendants | Case No. 18-cv-7340 (LDH) (PK)<br><br>Hon. LaShawn DeArcy-Hall |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P 41(a)(1)(i), Plaintiffs **ODILON S. CELESTIN, WIDMIR ROMELIEN, MARIE LUCIE ST VIL, GOERTTIE ST VIL, JEANNETTE VALEUS, GUETTY FELIN, and HERVE COHEN** hereby dismiss without prejudice the Telecommunication Act discrimination claim asserted against Defendant

UNIGESTION **HOLDING, S.A.** d/b/a **DIGICEL.** This Notice of Dismissal shall not have any bearing on any claims of Plaintiffs not specifically described herein.

Dated: February 29, 2024

                                                                                            DENIS LAW GROUP, PLLC

                                                                                            *Marcel Denis*
                                                                                            Marcel P. Denis
                                                                                            **Denis Law Group, PLLC**
                                                                                            Attorneys for Plaintiffs
                                                                                            9602 Avenue L
                                                                                            Brooklyn, New York  11236